# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

            Plaintiff(s),

v.

Juan Leonardo Rodriguez Rodriguez,

           Defendant(s).

2:23-mj-00511-VCF

**ORDER**

    Before the court is the motion to quash bench warrant. (ECF No. 6).

    Accordingly,

    IT IS HEREBY ORDERED that an in-person hearing on the motion to quash bench warrant (ECF No. 6), is SCHEDULED for 10:00 AM, October 31, 2023, in Courtroom 3D.

    IT IS FURTHER ORDERED that Juan Leonardo Rodriguez Rodriguez must appear at the scheduled hearing on October 31, 2023 at 10:00 AM.

    DATED this 16th day of October 2023.

                                                 _____
                                                 CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE