UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN RODRIGUEZ-RODRIGUEZ,<br><br>Defendant. | Case No: 2: 23-MJ-00511-VCF<br><br>ORDER CONTINUING<br>BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore, this court finds:

1. Counsel for the Government will be out of the district December 2, 2023 through December 11, 2023 and will not be available for the bench trial on December 6, 2023.

2. Defense counsel and the defendant do not object to this continuance.

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for continuance of the trial in this case.

//

//

//

**ORDER**

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for December 6, 2023, at the hour of 9:00 a.m., be vacated and continued to February 7, 2024 at 9:00 am in LV Courtroom 3A.

DATED this 5th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE