| | |
|---|---|
| 1 | THOMAS D. BOLEY |
| 2 | Nevada Bar No.: 11061 |
|   | **BOLEY & ALDABBAGH, LTD.** |
| 3 | 4570 E. Eastern Ave. Suite 28 |
|   | Las Vegas, Nevada 89101 |
| 4 | Phone: 702 435 3333 |
|   | facsímile: 702 475 6567 |
| 5 | Email: t.boley@bandafirm.com |
|   | *Attorney for Defendant* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No.: 2:23-MJ-00511-VCF |
| | ) | |
| v. | ) | |
| | ) | **ORDER CONTINUING** |
| | ) | **BENCH TRIAL** |
| JUAN RODRIGUEZ RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Counsel for the Defendant will not be available on February 7, 2024.

2. Counsel for the Government does not object to this continuance

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government, and unnecessarily consume the Court's valuable resources, taking into account the exercise of due diligence.

///

Page 3

4. Additionally, the denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for continuance from Counsel for Defendant in this case.

**ORDER**

IT IS HEREBY ORDERED that the bench trial currently scheduled for Feb 7, 2024, at 9:00 a.m. be vacated and continued to April 17, 2024 at 9:00 a.m. in LV Courtrtoom 3A before Magistrate Judge Maximiliano D. Couvillier, III.

DATED this 6th day of February, 2024.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE