1 THOMAS D. BOLEY
Nevada Bar No.: 11061
2 **BOLEY & ALDABBAGH, LTD.**
4570 E. Eastern Ave. Suite 28
3 Las Vegas, Nevada 89101
Phone: 702 435 3333
4 facsímile: 702 475 6567
Email: t.boley@bandafirm.com
5 *Attorney for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:23-MJ-00511-VCF |
| v. | ) | |
| | ) | **ORDER CONTINUING** |
| | ) | **BENCH TRIAL** |
| JUAN RODRIGUEZ RODRIGUEZ, | ) | |
| Defendant. | ) | |

   Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

   1. Both Counsel for the Defendant and Counsel for the Government need more time to prepare for trial.

   2. Counsel for the Government does not object to this continuance

   3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government, and unnecessarily consume the Court's valuable resources, taking into account the exercise of due diligence.

   / / /

4. Additionally, the denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for continuance from Counsel for Defendant in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 4

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the calendar call currently scheduled for calendar call currently scheduled for <u>April 17, 2024, at 9:00 a.m.</u> be vacated and continued to June 26, 2024 _____ at   9:00   a .m.

DATED this  15th  day of  April , 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Page 5